UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER: 1:22-cv-500-JEP

| | |
|---|---|
| PAULICKIA JAZZMUN HAIRSTON, )<br><br>Plaintiff )<br><br>v. )<br><br>B. K. TALLEY, in his individual and )<br>official capacities, BRIAN K. TALLEY, )<br>in his individual and official capacities, )<br>JEROME PALMENTERI, in his )<br>individual and official capacities, CHIEF )<br>WAYNE SCOTT, in his individual and )<br>official capacities, GREENSBORO )<br>POLICE DEPARTMENT, and CITY OF )<br>GREENSBORO, )<br><br>Defendants )<br>_____ ) | **ORDER** |

This matter is before the Court on the Parties' Joint Motion for Extension of Time to File Stipulation of Dismissal. The Court finds good cause to allow the requested extension of time.

IT IS THEREFORE ORDERED that the Joint Motion [Doc. #84] is GRANTED and the parties are hereby granted an extension of time to and through February 14, 2025 within which to file a stipulation of dismissal.

This the 10th day of February, 2025.

Joi Elizabeth Peake
United States Magistrate Judge

1