UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CIVIL ACTION NUMBER: 1:22-cv-500-JEP

| | |
|---|---|
| PAULICKIA JAZZMUN HAIRSTON, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>B. K. TALLEY, in his individual and )<br>official capacities, BRIAN K. TALLEY, )<br>in his individual and official capacities, )<br>JEROME PALMENTERI, in his )<br>individual and official capacities, CHIEF )<br>WAYNE SCOTT, in his individual and )<br>official capacities, GREENSBORO )<br>POLICE DEPARTMENT, CITY OF )<br>GREENSBORO, )<br>)<br>Defendants )<br>) | **JOINT STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

**NOW COME** plaintiff Paulickia Jazzmun Hairston, and defendants B. K. Talley, in his individual and official capacities, Brian K. Talley, in his individual and official capacities, Jerome Palmenteri, in his individual and official capacities, Chief Wayne Scott, in his individual and official capacities, Greensboro Police Department, and City of Greensboro, through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate and agree to the dismissal, with prejudice, of all claims filed in this action, with each party to bear its respective costs, including attorney's fees.

This the 14th day of February, 2025.

1

4914-5777-4103 v.1

/s/ G. Gray Wilson
G. Gray Wilson, NC Bar No. 7398
Chelsea Barnes, NC Bar No. 53378
NELSON MULLINS RILEY &
   SCARBOROUGH, LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC  27103
Phone: 336-774-3271
Fax: 336-774-3299
gray.wilson@nelsonmullins.com
Chelsea.barnes@nelsonmullins.com
*Attorneys for Defendants*


/s/ Todd A. Smith
Todd A. Smith, NC Bar No. 26758
SMITH GILES, PLLC
108-A South Maple Street
Graham, NC 27253
Phone: 336-222-7735
todd@smithgiles.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ G. Gray Wilson
G. Gray Wilson, NC Bar No. 7398
NELSON MULLINS RILEY &
   SCARBOROUGH, LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC  27103
Phone: 336-774-3271
Fax: 336-774-3299
gray.wilson@nelsonmullins.com
*Attorney for Defendants*